STATE OF CONNECTICUT *v.* JEROME F. MOORE

The defendant's petition for certification for appeal from the Appellate Court, 120 Conn. App. 512 (AC 30315), is denied.

EVELEIGH, J., did not participate in the consideration of or decision on this petition.

*Mary Anne Royle*, special public defender, in support of the petition.

*Leon F. Dalbec, Jr.*, senior assistant state's attorney, in opposition.

Decided June 2, 2010

STATE OF CONNECTICUT *v.* VERNOL KELVIN GARY

The defendant's petition for certification for appeal from the Appellate Court, 120 Conn. App. 592 (AC 30740), is denied.

*Robert E. Byron*, special public defender, in support of the petition.

*Mitchell S. Brody*, senior assistant state's attorney, in opposition.

Decided June 2, 2010

STATE OF CONNECTICUT *v.* OSIBISA HALL

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 120 Conn. App. 489 (AC 30816), is granted, limited to the following issue:

"Did the Appellate Court improperly reverse the trial court's denial of the defendant's motion to withdraw his plea based on the trial court's failure to properly